# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JACKIE BRASWELL, JUDY BRASWELL, HAROLD COLLINS, BONNIE COLLINS Individually and as Executor of the Estate of HOMER WADE YARBROUGH, HAYMON HICKS, PENNY HICKS, GINA MYERS SHAW, JAMES SLONE, DEBBIE SLONE, JERRY SMITH, KAREN SMITH, PAMELA LOVELESS, KATHY MILLER, JOEY SMITH, and SHANIA SMITH<br><br>Plaintiffs,<br><br>v.<br><br>COLONIAL PIPELINE COMPANY, and APEX COMPANIES, LLC,<br><br>Defendants. | Case No. _____ |

## CONSENT TO REMOVAL BY DEFENDANT APEX COMPANIES, LLC

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Apex Companies, LLC states that it consents to the removal to this Court of the state-court action captioned as *Jackie Braswell, et al. v. Colonial Pipeline Co., et al.*, filed in the Superior Court of Guilford County, North Carolina, Case No. 18-CVS-5537.

Executed this 29 day of June 2018.

RAGSDALE LIGGETT PLLC

By: /s/ W. W. Pollock by mrc
WILLIAM W. POLLOCK
N.C. Bar No.: 19381
P.O. Box 31507
Raleigh, North Carolina 27622
Telephone: (919) 787-5200
Facsimile: (919) 783-8991
Email: bpollock@rl-law.com
*Counsel for Defendant Apex Companies, LLC*

1