# EXHIBIT C

From: sop@cscinfo.com <sop@cscinfo.com>
Sent: Friday, June 1, 2018 10:57 AM
To: Long, Helene <HLong@colpipe.com>
Subject: Notice of Service of Process - Transmittal Number: 18246192



NOTICE OF SERVICE OF PROCESS

## Transmittal Number: 18246192
(Click the Transmittal Number to view your SOP)

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | Colonial Pipeline Company |
| **Entity I.D. Number:** | 2090314 |
| **Entity Served:** | Colonial Pipeline Company |
| **Title of Action:** | Jackie Braswell vs. Colonial Pipeline Company |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Environmental |
| **Court/Agency:** | Guilford County Superior Court, North Carolina |
| **Case/Reference No:** | 18-CVS-5537 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 05/31/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |

**Sender Information:**
Mona Lisa Wallace
704-633-5244

**Primary Contact:**
Helene C Long
Colonial Pipeline Company

**Electronic copy provided to:**
Meg Blackwood
Shannon Coleman
Carole Sims
Andrea Hayworth
Julie Angelini
Jonathan Tylinski
Dianne Paykey 2924
Lisa Bowman

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s) and taking appropriate action.

**251 Little Falls Drive, Wilmington, Delaware 19808-1674**
**(888) 690-2882   |   sop@cscglobal.com**